

JUL 1 8 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07CR 145-MHT |
| | ) | [21 U.S.C. 846] |
| WILLIAM BOLDING, | ) | |
| a/k/a CADILLAC, and | ) | |
| MARTELL DEWAN WATSON, | ) | |
| a/k/a MONTEL WATSON | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

That from in or about January, 2003, a more specific date being unknown to the Grand Jury, and continuing up to on or about the 22nd day of March, 2007, in Montgomery County, within the Middle District of Alabama and elsewhere, the defendants,

WILLIAM BOLDING,
a/k/a CADILLAC; and
MARTELL DEWAN WATSON,
a/k/a MONTEL WATSON;

did knowingly and intentionally conspire, combine and agree with each other and with other persons both known and unknown to the Grand Jury to possess with intent to distribute and distribute 1000 kilograms or more of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

A.  Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.  Upon conviction for any violation as alleged in Count 1 of this indictment, the defendants,

> WILLIAM BOLDING,
> a/k/a CADILLAC; and
> MARTELL DEWAN WATSON,
> a/k/a MONTEL WATSON,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained, directly or indirectly, as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of any violation alleged in Count 1 of this indictment.

C.  If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

   (1) cannot be located upon the exercise of due diligence;

   (2) has been transferred or sold to, or deposited with, a third person;

   (3) has been placed beyond the jurisdiction of the Court;

   (4) has been substantially diminished in value; or,

   (5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property.

2

A TRUE BILL:

*[signature]* Deputy / Marilyn Pressley
Foreperson

*[signature]* Leura G. Canary
LEURA G. CANARY
United States Attorney

*[signature]* John T. Harmon
JOHN T. HARMON
Assistant United States Attorney

*[signature]* Clark Morris
A. CLARK MORRIS
Assistant United States Attorney

3