**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: _July 24, 2007_
DIGITAL RECORDING: _2:58-3:16_

- [x] **INITIAL APPEARANCE**
- [ ] **DETENTION HEARING**
- [ ] **REMOVAL HEARING (R.40)**
- [x] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [ ] **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE _WALLACE CAPEL, JR_   DEPUTY CLERK: _Wanda A. Robinson_
CASE NO. _2:07cr145-MHT_   DEFT. NAME: _Martell Dewan Watson._
USA: _Clark A Morris_   ATTY: _Everett Urech_
Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO ;
USPTSO/USPO: _Torrance Marshall_
Defendant ____ does ____ does NOT need an interpreter; NAME ____

- [x] Kars.  Date of Arrest _7/24/07_ or ____ karsr 5
- [x] kja.   Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- [x] Finaff. Financial Affidavit executed ☐ to be obtained by PTS; [x] ORAL Motion for Appt. Of Counsel.
- [ ] koappted ORAL ORDER appointing Federal Defender - **Notice to be filed.**
- [x] 20appt. Panel Attorney Appointed; [x] to be appointed - prepare voucher
- [ ] Deft. Advises he will retain counsel. Has retained ____
- [ ] Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- [ ] Government's WRITTEN Motion for Detention Hrg. filed.
- [ ] DETENTION HRG ☐ held; ☐ set for ____; ☐ Prelim. Hrg ☐ Set for ____
- [ ] kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] kodtn. ORDER OF DETENTION PENDING TRIAL entered
- [ ] kocondrls. Release order entered. ☐ Deft. advised of conditions of release.
- [ ] kbnd. ☐ BOND EXECUTED (M/D AL charges) $ ____ Deft released (kloc LR)
       ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [ ] Loc.(LC) Bond NOT executed. Deft to remain in Marshal's custody
- [ ] ko. Deft. ORDERED REMOVED to originating district
- [ ] kwvprl. Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ] Court finds **PROBABLE CAUSE**. Defendant **HELD**. Plea of **NOT GUILTY** entered.
- [x] **ARRAIGNMENT HELD. PLEA OF NOT GUILTY ENTERED**
    Trial Term _9/17/07_ ; [x] PRETRIAL CONFERENCE DATE: _8/27/07_
    DISCOVERY DISCLOSURES DATE: _7/27/07_
- [ ] Krmknn. NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. Identity/Removal Hearing set for ____
- [ ] Kwvspt  **Waiver of Speedy Trial Act Rights Executed.**