IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:07-cr-00145-MHT |
| | ) | |
| MARTELL DEWAN WATSON | ) | |

NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Everett M. Urech, and enters his appearance as counsel for **MARTELL DEWAN WATSON** in the above-styled matter.

Dated this 30th day of July 2007.

    Respectfully submitted,

    <u>s/Everett M. Urech</u>
    **EVERETT M. URECH**
    **AL BAR NO.: ASB-6693-E44E**
    Attorney for Defendant
    Urech & Livaudais, P.C.
    P.O. Drawer 70
    510 N. Daleville Ave
    Daleville, AL 36322
    TEL: (334) 598-4455
    FAX: (334) 598-2076
    E-Mail: daleattyeu@graceba.net

## CERTIFICATE OF SERVICE

      I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: United States Attorney - Criminal Division (A. Clark Morris) One Court Square, Suite 201, Montgomery, Alabama 36104.

                                      <u>s/Everett M. Urech</u>
                                      **EVERETT M. URECH**