IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO: 2:07-cr-00145-MHT |
| ) | |
| MARTELL DEWAN WATSON ) | |

## MOTION TO CONTINUE

**COMES NOW** the undersigned counsel, Everett M. Urech, as counsel for **MARTELL DEWAN WATSON** and moves that the case be continued. Counsel has only recently been assigned this case and needs additional time to prepare the case for trial.

Dated this 30th day of July 2007.

                                      Respectfully submitted,

                                      <u>s/Everett M. Urech</u>
                                      **EVERETT M. URECH**
                                      **AL BAR NO.: ASB-6693-E44E**
                                      Attorney for Defendant
                                      Urech & Livaudais, P.C.
                                      P.O. Drawer 70
                                      510 N. Daleville Ave
                                      Daleville, AL 36322
                                      TEL: (334) 598-4455
                                      FAX: (334) 598-2076
                                      E-Mail: daleattyeu@graceba.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: United States Attorney – Criminal Division (A. Clark Morris) One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                s/Everett M. Urech
                                                EVERETT M. URECH