IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr145-MHT |
| **MARTELL DEWAN WATSON** | ) | |

### ORDER

It is ORDERED that defendant Martell Dewan Watson's motion to continue (Doc. No. 19) is denied without prejudice.

Defense counsel provides insufficient detail as to why a continuance is needed. A mere conclusory statement that "Counsel has only recently been assigned to this case and needs additional time to prepare the case for trial" is far from enough. The court needs much more detail about this case and, in particular, a detailed explanation as to what about this case in particular prevents defense counsel from being ready for trial on September 17, 2007.

DONE, this the 31st day of July, 2007.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE