IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 2:07cr145-MHT |
| ) | |
| MARTELL DEWAN WATSON ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Motion to Withdraw as Counsel of Record filed by Attorney Richard K. Keith on August 1, 2007 (Doc. 24), is GRANTED. The Court has taken note that Attorney Everett McRae Urech has been appointed to represent defendant Martell Dewan Watson for all future proceedings in this case.

DONE this 2nd day of August 2007.

/s/ Wallace Capel, Jr.
_____
WALLACE CAPEL
UNITED STATES MAGISTRATE JUDGE