IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|    PLAINTIFF, | * |
| | * |
| v. | *   CASE NO. 2:07-CR-00145-MHT-WC-2 |
| | * |
| MARTEL WATSON, | * |
| | * |
|    DEFENDANT. | * |

### NOTICE OF APPEARANCE

    Comes now the undersigned co-counsel and enters her appearance in this cause as Counsel for Martel Watson.

    Respectfully submitted,

                s/Susan G. James
                SUSAN G. JAMES
                Attorney at Law
                600 South McDonough Street
                Montgomery, Alabama 36104
                Phone: (334) 269-3330
                Fax: (334) 834-0353
                E-mail: sgjamesandassoc@aol.com
                Bar No: ASB7956J64S

### CERTIFICATE OF SERVICE

    I hereby certify that on August 8, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

    Respectfully submitted,

        s/Susan G. James
        SUSAN G. JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: sgjamesandassoc@aol.com
        Bar No: ASB-7956-J64S