IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| v. | * CASE NO. 2:07-CR-00145-MHT-WC-2 |
| MARTEL WATSON, | * |
| DEFENDANT. | * |

## MODIFY CONDITIONS OF PRETRIAL RELEASE

Comes now Martel Watson by and through undersigned counsel and files this motion requesting modification of the conditions of his release and in support thereof states the following:

1. Watson is presently on pretrial release with electronic monitoring conditions. He is charged with being a Leon Carmichael co-defendant. He has maintained a constant residence in in Montgomery since Carmichael's indictment in 2003.

2. We are requesting that the electronic monitoring requirement be removed as he poses no danger to the community nor is he a flight risk.

3. Watson is a pastor and as such is frequently required to be out of town. He is requesting permission to travel for purposes of preaching.

4. As noted in Exhibit 1 Watson is scheduled to preach August 15, 2007 at the Abundant Harvest Camp Meeting in Moss Point and Pascagoula, MS. He is requesting special permission to attend the camp meeting.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101


Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012



# Fax Transmission
### PLEASE PRINT

TO: Pastor Martell Watson             FROM: Apostle John H. Brown

FAX NUMBER: 334-264-2576             SENDER'S PHONE #: 251.432.4343

DATE: Aug 8, 2007                    # OF PAGES: _____

Customer's Notes: _____

_____

_____

Receiver: If you have any difficulties with this transmission, please contact the sender at the phone number listed above.

**OFFICE DEPOT'S TERMS OF USE**

SENDER AGREES NOT TO USE THIS FAX TO: (i) TRANSMIT MATERIAL WHOSE TRANSMISSION IS UNLAWFUL, HARASSING, LIBELOUS, ABUSIVE, THREATENING, HARMFUL, VULGAR, OBSCENE, PORNOGRAPHIC OR OTHERWISE OBJECTIONABLE; (ii) CREATE A FALSE IDENTITY, OR OTHERWISE ATTEMPT TO MISLEAD OTHERS AS TO THE IDENTITY OF THE SENDER OR THE ORIGIN OF THIS FAX; (iii) POST OR TRANSMIT ANY MATERIAL THAT MAY INFRINGE THE COPYRIGHT, TRADE SECRET, OR OTHER RIGHTS OF ANY THIRD PARTY; (iv) VIOLATE ANY FEDERAL, STATE OR LOCAL LAW IN THE LOCATION; OR (v) CONDUCT ACTIVITIES RELATED TO GAMBLING, SWEEPSTAKES, RAFFLES, LOTTERIES, CONTESTS, PONZI SCHEMES OR THE LIKE.

PLEASE NOTE THAT OFFICE DEPOT DOES NOT REVIEW THE CONTENTS OF ANY FAX SENT USING ITS SERVICES. FURTHER, BY SIGNING BELOW THE SENDER OF THIS FAX HEREBY AGREES TO INDEMNIFY OFFICE DEPOT TO THE FULLEST EXTENT OF THE LAW AND FOR ANY AND ALL CLAIMS, SUITS, OR DAMAGES ARISING OUT OR IN CONNECTION WITH THE REQUEST TO SEND, OR SENDING THIS FAX.

X _____
    CUSTOMER'S SIGNATURE

## VISIT OFFICE DEPOT FOR YOUR:

- Color Copies- Black & White Copies
- Digital and High Volume Copies
- Business Cards, Letterhead and Envelopes
- Custom Pre-Inked Stamps
- Customs Signs and Banners
- UPS Shipping Service
- Passport Photos
- Ad Specialties

**Store Information**

Office Depot #2301
1500 Government Street
Mobile, Alabama 36604
Phone: (251) 470-8668
Fax: (251) 470-0678
Store Manager Greg Reese
DPS Manager Kisha Robinson

**Thank you for using Office Depot's Customer FAX Service**

FROM : PRECIOUS FACES   FAX NO. : 2642576   Aug. 03 2007   P2
08/06/2007 05:23   2514700678   OFFICE DEPOT 2301   PAGE 02/02

# Abundant Harvest Christian Center

P.O. Box 8624 Moss Point, MS 39563 * 3114 Shortcut Rd. * Pascagoula, MS 39581 * 228-938-9551

# ABUNDANT HARVEST CAMP MEETING 2007

## THEME: BUSTING LOOSE
## AUGUST 15-19, 2007

*WEDNESDAY NIGHT OPENING NIGHT-

APOSTLE JOHN H. BROWN/ PROPHETESS TONDA BROWN

*THURSDAY -APOSTLE ISRAEL JONES

*FRIDAY-PASTOR MARTELL WATSON, MONTGOMERY, AL

GOD-GENERATION OF DAVID MINISTRY

JOSH SMITH WORSHIP, JASPER, AL

*SATURDAY-PROPHETESS FAYNITA LONDON, BIRMINGHAM, AL

SINGLES MINISTRY

PROPHET BRAMER L. STEVEN, ATLANTA, GA

CONCERT: PASTOR OLIVER JONES, BIRMINGHAM, AL

*SUNDAY-PASTOR OLIVER JONES

MORNING MESSAGE BIRMINGHAM, AL

*SUNDAY EVENING-APOSTLE ISRAEL JONES

BIRMINGHAM, AL

OFFICIAL CHURCH CONSECRATION SERVICE

*"Building Long Lasting Relationships"*