IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 2:07cr145-MHT |
| ) | |
| MARTELL DEWAN WATSON ) | |

## ORDER ON MOTION

Upon consideration of Martell Dewan Watson's Petition to Modify Conditions of Pretrial Release (Doc. #30), filed on August 13, 2007, it is

ORDERED that Petition (Doc. #30) is DENIED. The Court previously has addressed Watson's arguments in determining bond, and no new arguments are presented in the petition. Additionally, the undersigned observes that provisions have been set for seeking approval for Watson's travel outside of the State of Alabama. Order Setting Conditions of Release (Doc. #13) at 2 ("Travel outside the Middle District must be requested and approved by supervising probation officer.").

DONE this 14th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE