# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | **CASE NO: 2:07-cr-00145-MHT** |
| ) | |
| **MARTELL DEWAN WATSON,** ) | |
| ) | |
| **Defendant** ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Everett M. Urech, as counsel for **MARTELL DEWAN WATSON** and moves that he be allowed to withdraw as counsel for the Defendant. The undersigned had been appointed to represent Mr. Watson. Mr. Watson has retained attorney Susan G. James, who has entered her appearance in this case.

Dated this 15th day of August 2007.

Respectfully submitted,

s/Everett M. Urech
**EVERETT M. URECH**
**AL BAR NO.: ASB-6693-E44E**
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleattyeu@graceba.net

1

## CERTIFICATE OF SERVICE

  I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: United States Attorney - Criminal Division (A. Clark Morris) P.O. Box 197, Montgomery, Alabama 36104.

            <u>s/Everett M. Urech</u>
            **EVERETT M. URECH**