IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr145-MHT |
| ) | |
| MARTELL DEWAN WATSON ) | |

## ORDER ON MOTION

Upon consideration of Martell Dewan Watson's Motion to Withdraw Attorney Everett M. Urech as counsel (Doc. #32), filed on August 15, 2007, and for good cause, it is

ORDERED that the Motion (Doc. #32) is GRANTED. The Court observes that Watson has retained Attorney Susan G. James, who has entered an appearance in this matter, as counsel (Doc. #29).

DONE this 16th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE