IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,　　*

PLAINTIFF,　　*

v.　　* CASE NO.  2:07-CR-00145-MHT-WC-2

MARTEL WATSON,　　*

DEFENDANT.　　*

### MOTION TO CONTINUE TRIAL AND PRETRIAL MOTION DEADLINE

Comes now Martel Watson by and through undersigned co-counsel and files this his motion to continue the presently set pretrial motions deadline and trial date  and in support thereof states the following:

1.  The Court has set this matter for trial on October 1, 2007 The undersigned counsel has medical issues that will preclude her presence.

2.   Specifically the undersigned had hip replacement surgery on August 13, 2007 in Atlanta, Georgia.

3.  Counsel has been advised that the recovery period will be at least six weeks.  While counsel is hopeful that she will be mobile earlier, she is compelled to request continuances in presently set matters based on predictions of her doctor.

4.  Counsel has cleared her calendar through October 1, 2007.  Obviously this has already caused a back log in an already crowded calendar.  Watson is out on bond and would be happy to sign a speedy trial waiver if necessary.

5.  Wherefore it is respectfully requested this matter be continued to January 2008.

Respectfully submitted,

        s/Susan G.  James
        SUSAN G.  JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: sgjamesandassoc@aol.com
        Bar No: ASB7956J64S

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2007  I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

        s/Susan G.  James
        SUSAN G.  JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: sgjamesandassoc@aol.com
        Bar No: ASB-7956-J64S