IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR NO:2:07cr145-MHT |
| | ) |
| MARTELL DEWAN WATSON | ) |

## ORDER ON MOTION

On August 21, 2007, Defendant filed a Motion to Continue Trial and Pretrial Motion Deadline (Doc #37). The portion of the motion relating to the Pretrial Motion Deadline is before the undersigned. The Court has considered the motion and determined this portion of the motion should be granted. Therefore, it is

ORDERED that the Motion to Continue Pretrial Motion Deadline is granted to the extent that the deadline for filing pretrial motions is extended to September 28, 2007.

IT IS FURTHER ORDERED that the Pretrial Conference Hearing currently scheduled for August 27, 2007 at 9:00 a.m. is continued to October 12, 2007 at 9:00 a.m.

DONE this 23rd day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE