IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 AUG 27  A 8: 55

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| v. | * CASE NO. 2:07-CR-00145-MHT-WC-2 |
| MARTEL WATSON, | * |
| DEFENDANT. | * |

## NOTICE OF APPEARANCE

Comes now the undersigned co-counsel and enters her appearance in this cause as Counsel for Martel Watson.

Respectfully submitted this 27th day of August 2007.

_____
Denise A. Simmons (ASB-019-I32D)

Denise A. Simmons
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail:
Bar No: ASB-019-I32D

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on Clark Morris, Assistant United States Attorney, P. O. Box 197, Montgomery, AL 36101 this the 27 day of August 2007.

_____
Of Counsel