IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. CASE NO.: 2:07cr145-MHT |
| | ) | |
| MARTELL DEWAN WATSON | ) | |

**ORDER**

On August 29, 2007 the Government filed a Notice of Potential Conflict (Doc. 44). The defendant filed a Motion for Hearing on Fee Issue (Doc. 46) and a Motion for Preservation and Production of Evidence (Doc 47).

For good cause, it is ORDERED that a status conference on the Notice and a hearing on the motions is set for September 11, 2007 at 2:00 p.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Defendant and counsel must be present for the hearing.

DONE, this 29th day of August, 2007.

Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE