IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO.  2:07-CR-00145-MHT-WC-2 |
| | * |
| MARTEL WATSON, | * |
| | * |
| DEFENDANT. | * |

**MOTION FOR PERMISSION TO TRAVEL**

Comes now Martel Watson by and through undersigned counsel and files this motion for permission to travel outside the Middle District of Alabama for purposes of work  and in support thereof states the following:

1. Watson assists Taylor Road Academy as a football coach.  This is a part-time job.

2. The team has a game in Mobile on Friday, August 31, 2007.  They plan to leave Montgomery around 12:00 noon and will return on September 1, 2007 around 2:30 a.m.

3. He has already spoken with the Probation Officer about this and counsel does not believe probation has an objection to this request.

4. Wherefore it is respectfully requested the Court grant permission for Watson to make this trip.

Respectfully submitted,

s/Susan G.  James
SUSAN G.  JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: ASB7956J64S

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 31, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: ASB-7956-J64S