IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO:2:07cr145-MHT |
| | ) | |
| MARTELL DEWAN WATSON | ) | |

## ORDER ON MOTION

On August 31, 2007, the Defendant filed a Motion to Travel (Doc #49). Upon consideration of the motion,

IT IS ORDERED that the motion is GRANTED.

DONE this 31st day of August, 2007.

Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE