IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO:2:07cr145-MHT |
| ) | |
| MARTELL DEWAN WATSON ) | |

## ORDER ON MOTION

On August 29, 2007, Defendant filed a Motion for Preservation and Production of Evidence (Doc. #47). On September 11, 2007, this Court held a hearing on the motion. At that hearing, the parties agreed that this issue was settled. Therefore, for good cause, it is

ORDERED that the Motion for Preservation and Production of Evidence (Doc. #47) is DENIED.

DONE this 27th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE