IN THE DISTRICT COURT OF THE UNTIED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA            *
                                    *
PLAINTIFF,                          *
                                    * CASE NO. 2:07-CR-00145-MHT-WC-2
v.                                  *
                                    *
MARTEL WATSON,                      *
                                    *
DEFENDANT.                          *

## NOTICE OF APPEARANCE

Comes now Clifford Terry Gregg Jr., co-counsel and enters this notice of appearance in the above styled matter on behalf of the defendant Martel Watson.

Respectfully submitted this 12th day of October 2007.

_____
C. Terry Gregg Jr.
Co-counsel for Watson

C. Terry Gregg, Jr.
ASB-6892072G
Susan G. James & Associates
P.O. Box 198
Montgomery, AL 36101-0198
(334) 269-3330
(334) 263-4888 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007 I filed the foregoing with the Clerk of Court and sent notification of such filing to the following:

Clark Morris
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama 36101

_____
OF COUNSEL