IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:07-CR-00145-MHT-WC-2 |
| | * |
| MARTEL WATSON, | * |
| | * |
| DEFENDANT. | * |

**MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

Comes now Martel Watson by and through undersigned counsel and files this motion requesting the Court to modify conditions of his pretrial release and in support thereof states the following:

1. Martel Watson is presently on bond and pretrial supervision. He has completed pretrial supervision without incident. He is presently under the supervision of United States Probation Officer Bernard Ross.

2. Counsel has consulted with Mr. Ross on occasion regarding Watson's adjustment and Watson has requested counsel file this motion requesting that the conditions of his pretrial bond be modified. He is presently required to have electronic monitoring. The undersigned requests that this be modified to place him on the pretrial curfew program.

3. Watson maintains gainful employment and is supportive of his family and compliant with the rules.

4. Counsel has contacted AUSA Clark Morris and she has no objection to this request.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com

Bar No: ASB7956J64S

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007  I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101


Respectfully submitted,

    s/Susan G.  James
    SUSAN G.  JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: ASB-7956-J64S