IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:07-CR-00145-MHT-WC-2 |
| | * |
| MARTEL WATSON, | * |
| | * |
| DEFENDANT. | * |

**MOTION TO CONTINUE TRIAL**

Comes now Martel Watson by and through undersigned counsel and files this Notice of Conflict with the Court regarding the presently set trial date of December 10, 2007 and in support thereof states the following:

1. Watson is presently on bond. He is scheduled for trial in this case with a co-defendant on December 10, 2007.

2. The undersigned is scheduled for jury selection in the case of *United States of America v. Michael and Pamela Hyatt*, Case No. 1:2006CR00260-CG-1, Southern District of Alabama in a federal bankruptcy case that is likely to last an entire week.

3. The Hyatt matter is not set for a date certain during the week of December 3, 2007.

4. Counsel anticipates that the Hyatt case could be tried the week of December 3 or the week of December 17, 2007. The Hyatt matter is a complicated white collar case and requires counsel's undivided attention as does the Watson matter.

5. Counsel is urging the Court to reset the Watson trial until after the new year.

6. Contact has been made with co-defendant counsel, John Poti, and he has no objection to this request. Also, Counsel has contacted AUSA Clark Morris and she has no objection to the requested continuance.

Respectfully submitted,

    s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: ASB7956J64S

## CERTIFICATE OF SERVICE

    I hereby certify that on November 20, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101


Respectfully submitted,

    s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: ASB-7956-J64S