IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr145-MHT |
| **MARTELL DEWAN WATSON** | ) | |

### ORDER

It is ORDERED that defendant Martell Dewan Watson's motion to continue (Doc. No. 62) is denied. (1) This is a criminal case and deserves priority. (2) This case has been continued once already for this defendant. (3) Defense counsel has known about this trial setting since August 24, 2007. (4) It is now time to go to trial.

DONE, this the 20th day of November, 2007.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**