IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:07-CR-00145-MHT-WC |
| | * |
| WILLIAM BOLDING AND | * |
| MARTELL WATSON | * |
| | * |
| DEFENDANTS. | * |

**JOINT MOTION FOR CONTINUANCE**

Comes now Martell Watson and William Bolding by and through their undersigned counsel and files this joint motion to continue the December 10, 2007 trial and in support thereof states the following:

1. The defendant's are presently on bond. They are scheduled for trial on December 10, 2007. Watson filed a motion to continue which was denied. It appears from the Court's order denying the continuance that the Court did not understand that the Hyatt trial in the Southern District of Alabama is a criminal case.

2. Counsel for Watson is scheduled for jury selection in the case of *United States of America v. Michael and Pamela Hyatt*, Case No. 1:2006CR00260-CG-1, Southern District of Alabama in a federal bankruptcy fraud case likely to last an entire week. The Hyatt trial will begin on December 4, 2007.

3. The Hyatt case is a complicated white collar criminal fraud case and requires counsel's undivided attention. The Watson case is equally important and involves a review of Watson's discovery and the trial record in the case of Leon Carmichael. Back to back trials would result in unfairness to both Watson and the Hyatt's. Attorney James calendar has been extremely crowded due to hip replacement surgery on August 13, 2007 and the clearing of her calendar until October 1, 2007.

4. The discovery in the Watson case is voluminous as is the discovery in the Hyatt case. Further, Attorney James has attempted to travel out of state to visit and interview a federal inmate in relation to Watson's defense. Counsel has been unsuccessful in gaining approval for the visit because the prison is in a lock down mode and barring legal visits unless there is an urgent pending legal matter. Because the legal visit has nothing to do with the federal inmate's criminal case, counsel has been unable to justify the urgency of the legal visit as relates to Watson's defense. It is not anticipated that the prison will approve the visit until after December.

5. John Poti, counsel for William Bolding, joins in this motion due to the fact that he is set for three criminal jury trials during the December term of court, *United States v. Aubrey Goodwin*, CR. No. 2:06cr273-MHT; *United States v. Erick Andrews*, CR No. 2:07cr061-MHT; and *United States v. Bolding*, Case No. 2:07-CR-00145-MHT. Mr. Poti advises that trying all three cases the same term would be extremely difficult and unfair to his respective clients. Even if all of Mr. Poti's cases could be tried during the December term of court it is likely that one or more of the trials would necessarily be conducted during the week of December 17. Mr. Poti has pre-purchased airline tickets for a holiday trip on December 21, 2007.

6. Counsel has contacted AUSA Clark Morris and she has no objection to the requested continuance.

7. Wherefore it is respectfully requested this matter be continued until the next term of Court in 2008.

    Respectfully submitted,

        s/Susan G. James
        SUSAN G. JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 263-4888
        E-mail: sgjamesandassoc@aol.com
        Bar No: ASB7956J64S

Respectfully submitted,

s/John M. Poti
JOHN M. POTI
Attorney at Law
696 N. Silver Hills Drive, Suite 102
Phone: (334) 361-3535
Fax: 1-866-780-9012
E-mail: john@jmpoti.com
Bar No. POT103

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 263-4888
E-mail: sgjamesandassoc@aol.com
Bar No: ASB-7956-J64S

Respectfully submitted,

s/John M. Poti
JOHN M. POTI
Attorney at Law
696 N. Silver Hills Drive, Suite 102

Phone: (334) 361-3535
Fax: 1-866-780-9012
E-mail: john@jmpoti.com
Bar No.  POT103)