IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL ACTION NO. |
| ) | 2:07cr145-MHT |
| WILLIAM BOLDING AND ) | |
| MARTELL DEWAN WATSON, ) | |
| ) | |
| Defendants.   ) | |

### ORDER

It is ORDERED that defendants Martell Dewan Watson and William Bolding's joint motion to continue (Doc. No. 64) is denied.  With some advance notice, however, the court is willing, if necessary, to delay jury selection and trial for a couple of days to avoid a conflict.  As noted in this court's denial of an earlier motion to continue (doc. No. 63), defense counsel have known about this trial setting for months.

DONE, this the 26th day of November, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE