IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr145-MHT |
| | ) | |
| MARTELL DEWAN WATSON | ) | |

## ORDER

On November 20, 2007, the defendant filed a Petition to Modify Conditions of Pretrial Release (Doc. # 61). It is ORDERED that the Petition be set for a hearing on Wednesday, November 28, 2007 at 9:30 a.m., in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama before the undersigned Judge.

It is further ORDERED that the defendant be present at the hearing.

DONE this 27th day of November, 2007.

/s/ Wallace Capel, Jr
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE