IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 07-cr-145-MHT |
| ) | |
| WILLIAM BOLDING, ) | |
| a/k/a CADILLAC, and ) | |
| MARTELL DEWAN WATSON, ) | |
| a/k/a MONTEL WATSON ) | |

**RESPONSE TO DEFENDANT'S "MOTION IN LIMINE"**

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney and responds to the "Defendant's Motion in Limine Regarding Illegally seized Cellular Phone" (Doc. 76), as follows:

1. The defendant Watson's "Motion in Limine Regarding Illegally Seized Cellular Phone" is improperly styled as a Motion in Limine. The defendant's motion should be styled a motion to suppress.

2. According to the Arraignment Order signed by Magistrate Judge Capel: All pretrial motions under Fed. R. Crim. P. 12(b) and (d), 14 and 16, all notices under Fed. R. Crim. P. 12.1, 12.2 and 12.3, and any motion to compel pursuant to this court's standing order on discovery must be filed no later that **TWO DAYS BEFORE THE FIRST PRETRIAL CONFERENCE HELD IN THIS CASE.** No motion filed after this date will be considered unless filed with leave of court...
(Doc 17, p.2)

3. Defendant requested a continuance of the trial and of the pretrial motion deadline. (Doc. 37). Defendant's motion was granted and Judge Capel extended the

deadline for filing pretrial motions to September 28, 2007. (Doc. 38) Thus, defendant's motion to suppress should have been filed by September 28, 2007.

4. Defendant has been represented by Susan James throughout most of this case. On July 27, 2007, the government provided the defendant, through his counsel, Bates Stamped discovery. In such discovery, at Bates number 76-78, is a DEA-6 Report that details the stop of the defendant and the seizure of his cellular telephone. While defendant asserts he has just discovered this new information, the defendant has had the report detailing the event for months.

5. Further, on October 16, 2007, Magistrate Judge Capel issued a Pretrial Conference Order. In the Pretrial Conference Order, he ordered that all motions in limine be filed on or before December 3, 2007. (Doc. 58) Thus, even if the Court construes this motion as a motion in limine instead of a motion to suppress, the defendant missed the deadline to file motions in limine.

6. To allow a defendant to file a motion to suppress four (4) days prior to trial subverts the court's Arraignment and Pretrial Orders and opens the door for all defendants to file motions that may require investigation, hearings, reports and recommendations from the Magistrate Judge, legal research, responses and replies on the eve of trial.

WHEREFORE, based on the above, the government requests that the court dismiss the defendant's motion as untimely.

Respectfully submitted this the 6th day of December, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 07-cr-145-MHT |
| | ) | |
| WILLIAM BOLDING, | ) | |
| a/k/a CADILLAC, and | ) | |
| MARTELL DEWAN WATSON, | ) | |
| a/k/a MONTEL WATSON | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John M. Poti, 696 Silver Hills Drive, Montgomery, Alabama 36104, and Susan James, P.O. Box 198, Montgomery, Al 36101-0198.

Respectfully submitted,

/s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark.morris@usdoj.gov