IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr145-MHT |
| **MARTELL DEWAN WATSON** | ) | |

### ORDER

It is ORDERED that the motion in limine (Doc. No. 76) is set for submission, without oral argument, on December 7, 2007, at noon, with all briefs due by said date.

DONE, this the 6th day of December, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**