IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>    v.                                                        )<br>)<br>**MARTELL DEWAN WATSON** ) | CRIMINAL ACTION NO.<br>    2:07cr145-MHT |

### ORDER

It is ORDERED that, on or before noon on December 7, 2007, defendant Martell Dewan Watson is to file a response to the government's argument, set forth in its brief (Doc. No. 77), that defendant Watson's motion in limine (Doc. No. 76) is really a motion to suppress and is untimely.

DONE, this the 6th day of December, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**