## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:07-CR-00145-MHT |
| | * |
| MARTELL WATSON | * |
| | * |
| | * |
| DEFENDANTS. | * |

**REPLY BRIEF TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE**

Come now defendant Martel Watson through undersigned counsel and responds to the "Government's Response to the Defendant's Motion in Limine" as follows:

**1. The defendant's motion in limine did not require the style of "motion to suppress."**

A motion in limine is defined as "a pretrial request that certain inadmissible evidence not be referred to or offered at trial." *Black's Law Dictionary 2nd Edition*, 2001. The Supreme Court defines a motion in limine to include any motion to exclude prejudicial material before it is offered regardless of whether it is filed before or during trial. *Luce v. U.S.*, 469 U.S. 38, 40 n. 2 (1984). As previously stated in the defendant's motion in limine in this matter, authority does exist in support of using a motion in limine to suppress illegally obtained material under the Fourth Amendment (see Doc. 76). Furthermore, the Eleventh Circuit entertains motions in limine seeking to exclude illegally obtained evidence violative of the Fourth Amendment.

In *U.S. v. Gonzalez*, the court heard and ruled on a motion in limine along with two motions to suppress without questioning the appropriate style of the motion of either co-defendant. 70 F.3d 1276 at 1277 (11th Cir. 1995). In *Gonzalez*, the court consolidated several motions involving reasonable suspicion to detain under the Fourth Amendment. The object of the motion in limine as well as the motion to suppress sought to suppress prejudicial evidence before it reached the jury. Although traditionally a motion to suppress shares the same title as its objective, the style is not dispositive of its effect and purpose.

**2. The Recently Discovered Information Varies From The Government's Discovery**

On Tuesday December 4, 2007, the defendant provided counsel with a detailed account of December 23, 2003 which is the date of the subject of the defendant's motion in limine. The defendant told counsel of state action that changes the landscape of previously received discovery. The defendant concedes that the Government provided an account describing the events of December 23, 2003 in discovery. *See* Bates Stamped Discovery at DEA-6 pp. 76-78 *prepared* January 12, 2004. The defendant also concedes that this motion was filed two days beyond the original deadline provided by this court. However, information recently revealed is indicative of a warrantless search without consent. The Government-submitted typed account of the aforementioned incident could not afford the details comprised in the defendant's recent statement to counsel. Tuesday, December 4, 2007 is the first time the defendant Martel Watson shared this information with this writer. This information varies from that in discovery and and therefore should be considered.

**WHEREFORE**, based on the above, the defendant requests that this Honorable Court entertain its motion in limine in the interests of justice.

Respectfully submitted,

> s/Clifford Terry Gregg, Jr.
> CLIFFORD TERRY. GREGG JR.
> Attorney at Law
> 600 South McDonough Street
> Montgomery, Alabama 36104
> Phone: (334) 269-3330
> Fax: (334) 834-0353
> E-mail: terrygreggjr@gmail.com
> Bar No: ASB-6892-O72G

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 7, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris
Assistant United States Attorney
P.O. Box 197
Montgomery, AL 36101


Respectfully submitted,


        s/Clifford Terry Gregg, Jr
        CLIFFORD TERRY GREGG, JR.
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: terrygreggjr@gmail.com
        Bar No: ASB-6892-O72G