IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr145-MHT |
| **MARTELL DEWAN WATSON** | ) | |

### ORDER

It is ORDERED as follows:

(1) The motion in limine (Doc. No. 76) is treated as a motion to suppress.

(2) The motion to suppress, although untimely, is allowed.

(3) The motion to suppress is referred to the United States Magistrate Judge for appropriate consideration and recommendation.

DONE, this the 11th day of December, 2007.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**