IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO |
| | ) | 2:07cr145-MHT |
| MARTELL DEWAN WATSON | ) | |

## **AMENDED ORDER**

On December 12, 2007, this Court entered an Order (Doc. #91) setting the briefing schedule and suppression hearing for this case. The Order erroneously named William Bolding, instead of Martell Dewan Watson (Watson), as the relevant Defendant in the case-caption. This Order amends Order of December 12, 2007 (Doc. #91), to reflect the proper Defendant. Accordingly, upon consideration of Watson's Motion to Suppress (Doc. #76; see Doc. #90 (construing the motion in limine as a motion to suppress)), which was referred to the undersigned for appropriate consideration and recommendation, Order of December 11, 2007 (Doc. #90), it is

ORDERED that a hearing in this cause be set for January 9, 2008, at 1:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama. It is further

ORDERED that Defendant shall file any supplemental brief in support of his motion on or before December 21, 2007. It is further

ORDERED that the Government shall file their response to the motion and/or supplemental brief on or before January 4, 2008.

The Clerk is directed to provide a court reporter for this proceeding.

DONE this 13th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE