```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
v.                            )     CR. NO. 2:07cr145-MHT
                              )
WILLIAM BOLDING,              )
a/k/a CADILLAC, and           )
MARTELL DEWAN WATSON,         )
a/k/a MONTEL WATSON           )
```

### MOTION TO STRIKE FORFEITURE ALLEGATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to strike the forfeiture allegation from the indictment returned July 18, 2007.

A proposed Order is filed herewith.

Respectfully submitted this 25th day of January, 2008.

                                      FOR THE UNITED STATES ATTORNEY
                                          LEURA G. CANARY

                                      /s/John T. Harmon
                                      John T. Harmon
                                      Assistant United States Attorney
                                      Bar Number: 7068-II58J
                                      Office of the United States Attorney
                                      Middle District of Alabama
                                      131 Clayton Street
                                      Montgomery, Alabama 36104
                                      Telephone:(334) 223-7280
                                      Bar Number: 7068-II58J

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr145-MHT |
| | ) | |
| WILLIAM BOLDING, | ) | |
| a/k/a CADILLAC, and | ) | |
| MARTELL DEWAN WATSON, | ) | |
| a/k/a MONTEL WATSON | ) | |

<u>O R D E R</u>

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED.  It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE this \_\_\_\_ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE