```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

```
UNITED STATES OF AMERICA    )
                            )
v.                          )    CR. NO. 2:07cr145-MHT
                            )
WILLIAM BOLDING,            )
a/k/a CADILLAC, and         )
MARTELL DEWAN WATSON,       )
a/k/a MONTEL WATSON         )
```

O R D E R

Upon consideration of the Motion to Strike (doc. no. 99) heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE, this the 28th day of January, 2008.

```
                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE
```