## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:07-CR-00145-MHT |
| | * |
| MARTEL WATSON, | * |
| | * |
| DEFENDANT. | * |

**MOTION TO EXTEND TIME**

Comes now Martel Watson, by and through undersigned counsel, and files this motion to extend time for the filing of a notice of intent to change plea due March 5, 2008 and in support thereof states the following:

1. The last day for filing a notice of intent to change plea is today.

2. The undersigned, and attorney Terry Gregg, have been in lengthy negotiations with AUSA Clark Morris regarding a plea agreement in this case.

3. The parties are close to resolution of this case by way of plea. However, there are a few minor details that need to be resolved.

4. The attorney's need to have two additional days in which to resolve the issues and fully inform the client of the implications of the plea agreement. The details of this agreement could not be worked out by today's deadline.

5. AUSA Clark Morris has no objection to this extension. The undersigned anticipates, with Court approval, that a plea agreement will be filed on Monday, March 10, 2008.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: ASB7956J64S

**CERTIFICATE OF SERVICE**

 I hereby certify that on March 5, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

 Respectfully submitted,

 s/Susan G. James
 SUSAN G. JAMES
 Attorney at Law
 600 South McDonough Street
 Montgomery, Alabama 36104
 Phone: (334) 269-3330
 Fax: (334) 834-0353
 E-mail: sgjamesandassoc@aol.com
 Bar No: ASB7956J64S