IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07cr145-MHT [WO] |
| | ) |
| MARTELL DEWAN WATSON | ) |

## ORDER ON MOTION

On March 5, 2008, Defendant Martell Dewan Watson (Watson) filed an unopposed Motion to Extend Time (Doc. #106) for the filing of a notice of intent to change plea. Watson requests until March 10, 2008, to file his notice of intent to change plea. Upon consideration of the motion, it is

ORDERED that the motion (Doc. #106) is GRANTED. Watson shall have until March 10, 2008, to file his notice of intent to change plea.

DONE this 5th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE