IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,
      PLAINTIFF,

                              CASE NO. 07-cr-00145-MHT-WC-2

      v.

MARTELL DEWAN WATSON,
      DEFENDANT.

### NOTICE OF INTENT TO CHANGE PLEA

Comes now the defendant, Martell Dewan Watson, by and through counsel and gives this his Notice of Intent to Change his Plea in the above referenced case.

      Respectfully submitted,

                              s/ Susan G. James
                              SUSAN G. JAMES
                              Attorney at Law
                              600 S. McDonough Street
                              Montgomery, Alabama 36104
                              Phone (334) 269-3330
                              Fax: (334) 263-4888
                              E-mail: sgjamesandassoc@aol.com
                              Bar No. ASB7956J64S

### CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama 36101

 s/Susan G.James
SUSAN G. JAMES
Attorney at Law
600 S. McDonough Street
Montgomery, Alabama 36104
Phone :(334) 269-3330
Fax: (334) 263-4888
E-mail: sgjamesandassoc@aol.com
Bar No. ASB7956J64S