IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 07-cr-145-MHT |
| | ) | [18 U.S.C. 4] |
| MARTELL DEWAN WATSON, | ) | |
| a/k/a MONTEL WATSON | ) | INFORMATION |

The United States Attorney charges:

## COUNT 1

That from in or about August, 2003, a more specific date being unknown to the Grand Jury, and continuing up to on or about the 22nd day of March, 2007, in Montgomery County, within the Middle District of Alabama and elsewhere, the defendant,

MARTELL DEWAN WATSON,
a/k/a MONTEL WATSON,

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, the conspiracy to possess with the intent to distribute and distribute marijuana, did conceal and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4.

*[signature]*
A. CLARK MORRIS
Assistant United States Attorney