COURTROOM DEPUTY MINUTES   DATE:  3/12/08   DIGITAL RECORDING: 2:10 - 2:48

MIDDLE DISTRICT OF ALABAMA          COURT REPORTER:  Mitchell Reisner

❏ ARRAIGNMENT    x CHANGE OF PLEA    ❏ CONSENT PLEA

❏ RULE 44(c) HEARING    ❏ SENTENCING
***** CHANGE OF PLEA NOT HELD *******

| | |
|---|---|
| **PRESIDING MAG. JUDGE:** _WALLACE CAPEL, JR._ | **DEPUTY CLERK:** _STANCEL LONG_ |
| **CASE NUMBER:** _2:07cr145-MHT_ | **DEFENDANT NAME:** _Martell Dewan Watson_ |
| **AUSA:** _Clark Morris_ | **DEFENDANT ATTY:** _Susan James_ |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (X) CDO |
| **USPO:** _____ | |
| Defendant _____ does _x_ does NOT need and interpreter. | |
| Interpreter present? _x_ NO ____ YES   Name: _____ | |

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty                     ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x ❏ Guilty as to:

   X ❏ Count(s) _____ of the Felony Information.

   ❏ Count(s) _____  ❏ dismissed on oral motion of USA;

   ❏ to be dismissed at sentencing

— **ORAL ORDER ADJUDICATING GUILT as to COUNT**

— Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

__ **ORAL ORDER** ____ **REMANDING** Deft to USMS ____ **RELEASING** Deft on same conditions of release

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under x same bond ; ❏ Released on Bond & Conditions of Release

   ❏ summons; for:

❏ Trial on _____; ❏ Sentencing  ❏ to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Posting a $_____ Bond;

   ❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.