IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | RECEIVED |
| PLAINTIFF, | * | |
| | * | 2008 MAR 13 P 1:30 |
| v. | * CASE NO. 2:07-CR-00145-MHT-WC-2 | |
| | * | DEBRA P. HACKETT, CLK |
| MARTEL WATSON, | * | U.S. DISTRICT COURT |
| | * | |
| DEFENDANT. | * | |

## MOTION FOR APPOINTMENT OF COUNSEL

Comes now Martel Watson, pro se, and files this motion for appointment of counsel and in support thereof states the following

1. Watson was previously determined indigent for purposes of appointed counsel. Subsequently he retained the Honorable Susan G. James to represent him. Watson has been unable to satisfy his financial obligations to Attorney James.

2. Attorney James moved to withdraw as counsel due to a conflict of interest.

3. For Watson to proceed he needs a new lawyer and cannot afford one.

4. Attached to this motion is a current financial affidavit.

5. Watson is requesting the court appoint Terry Gregg to represent him at his change of plea and sentencing.

6. Attorney Greg has previously been involved in the representation of Watson, and is familiar with the case.

7. Wherefore based on Watson's indigent status and his need for appointed counsel, he is respectfully requesting that this Court appoint Attorney Greg to represent him. Mr. Greg is available for this appointment. This request is made pursuant to 18 U.S.C. §3006.

Respectfully submitted this /3 day of March 2008.

Martel Watson, Pro Se
3016 Cabot Street
Montgomery, AL 36110
334-590-8271

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION


**CERTIFICATE OF SERVICE**


I, _Martell Watson_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _Appointment of Couns_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _13_ day of _March_ 20_08_ to:

Clark Morris
John Harmon
US Attorney Office
P.O Box 197 Montgomery, Al 36101

_3-13-08_  _/s/ Martell Watson_
Date        Signature

Martell Watson Pro Se
3016 Cabot St
Montgomery, Al 36110
334-590-8241