*United States District Court*

**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **WAIVER OF INDICTMENT** |
| v. | |
| MARTELL WATSON | **CASE NUMBER:** 07-cr-145-MHT |

I, Martell Watson, the above named defendant, who is accused of

**VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 4,**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/13/08 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer