IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
     v.                      )   CRIMINAL ACTION NO.
                             )      2:07cr145-MHT
MARTELL DEWAN WATSON         )
```

### ORDER

Defendant Martell Dewan Watson having entered a guilty plea and counsel for defendant Watson having orally informed the court that defendant Watson no longer desires to pursue his motions to suppress (Doc. Nos. 76, 93, & 97), it is ORDERED that said motions are denied.

DONE, this the 17th day of March, 2008.

```
             /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE
```