IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,     *
                              *
    PLAINTIFF,                *
                              *
v.                            * CASE NO.  2:07-CR-00145-MHT
                              *
MARTEL WATSON                 *
                              *
                              *
    DEFENDANTS.               *

MOTION TO WITHDRAW

    Comes now Martell Watson, by and through undersigned counsel, and files this motion to withdraw and in support thereof states the following:

    1.  Counsel is unable to represent Watson.  He presently has court appointed counsel.

Respectfully submitted,

        s/Susan G.  James
        SUSAN G.  JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: sgjamesandassoc@aol.com
        Bar No: ASB7956J64S

CERTIFICATE OF SERVICE

    I hereby certify that on June 26, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris
Assistant United States Attorney
P.O. Box 197
Montgomery, AL 36101

Martell Watson
3016 Cabot Street
Montgomery, AL 36110

Respectfully submitted,

s/Susan G.  James
SUSAN G.  JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 263-4888
E-mail: sgjamesandassoc@aol.com
Bar No: ASB-7956-J64S