IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
    v. ) CRIMINAL ACTION NO.
)   2:07cr145-MHT
**MARTELL DEWAN WATSON** )

<u>ORDER</u>

It is ORDERED that the motion to withdraw (Doc. No. 131) is granted.

DONE, this the 27th day of June, 2008.

                                  /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**