IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:07-cr-145-MHT |
| ) | |
| MARTELL DEWAN WATSON, ) | |
| a/k/a MONTEL WATSON ) | |

**GOVERNMENT'S MOTION TO WITHDRAW PREVIOUSLY FILED MOTION**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves to withdraw the Government's Motion to Decrease Defendant's Offense Level Pursuant to § 3E1.1(b), United States Sentencing Guidelines (Acceptance of Responsibility) (Doc. #133) previously filed in the above captioned case. In support thereof, the United States submits the following:

Upon further review of the case, it is evident that Martell Dewan Watson's base offense level is 13 thereby making him ineligible for a 3rd point for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b).

Wherefore, based of the forgoing, the United States requests that said motion be withdrawn.

Respectfully submitted this the 2nd day of July, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07-cr-145-MHT |
| | ) | |
| MARTELL DEWAN WATSON, | ) | |
| a/k/a MONTEL WATSON | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael Kidd, Esq.

        Respectfully submitted,

        /s/ A. Clark Morris
        A. CLARK MORRIS
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: clark.morris@usdoj.gov