IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | } |
| Plaintiff, | } |
| | } |
| v. | } Case No. 2:07-cr-0145-MHT |
| | } |
| MARTELL WATSON, | } |
| Defendant. | } |

### REQUEST TO FILE MOTION UNDER SEAL

COMES NOW, Martell Watson, by and through his attorney of record, Michael L. Kidd, hereby request that the Defendant be allowed to file his Motion to Continue Sentencing Hearing under seal. In support of said motion the Defendant would offer that the interest of justice would be served by allowing said Defendant to file his Motion to Continue pursuant to the facts outlined in said Motion.

Respectfully submitted on this the 2nd day of July, 2008.

_____
MICHAEL L. KIDD (KID001)
Attorney for the Defendant
22 Scott Street
Montgomery, AL 36104
Telephone:  (334) 834.5433
Facsimile:  (334) 265.1926
uakidd@netzero.com

## CERTIFICATE OF SERVICE

     I hereby certify that on July 2nd, 2008, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney
Post Office Box 197
Montgomery, AL  36101

of COUNSEL