IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr145-MHT |
| MARTELL DEWAN WATSON | ) | |

<u>ORDER</u>

It is ORDERED as follows:

(1) The motion to withdraw (Doc. No. 134) is granted.

(2) The motion to decrease offense level (Doc. No. 133) is withdrawn.

DONE, this the 3rd day of July, 2008.

           /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE