IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr145-MHT |
| MARTELL DEWAN WATSON | ) | |

## ORDER

It is ORDERED as follows:

(1) Defendant Martell Dewan Watson's request to file motion under seal (Doc. No. 135) is granted.

(2) Defendant Watson's motion to continue sentencing (Doc. No. 136) is granted.

(3) Sentencing for defendant Watson, now set for July 3, 2008, is reset for September 18, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 7th day of July, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE